UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FEDEX CUSTOMER INFORMATION SERVICES, INC.,

        Plaintiff,

v.                                                                                            7:07-CV-0875
                                                                                              (TJM/GHL)
LESLEE SPORTS, INC., et al.,

        Defendants.
_____

LESLEE SPORTS, INC. and
TRI-REGENCY WAREHOUSE PROPERTIES, INC.,

        Third-Party Plaintiffs
v.

MICHAEL SILBERBERG, et al.,

        Third-Party Defendants.
_____

APPEARANCES:                                                                OF COUNSEL:

RELIN, GOLDSTEIN & CRANE, LLP                                               JASON M. HOUSEL, ESQ.
Counsel for Plaintiff
1800 First Federal Plaza
28 Main Street, Suite 1800
Rochester, New York 14614-1991

GOLDBERG SEGALLA LLP                                                        JEFFREY A. CARLINO, ESQ.
Counsel for Defendants and Third-Party Plaintiffs
665 Main Street, Suite 400
Buffalo, New York 14203

MICHAEL SILBERBERG
Third-party Defendant *pro se*
683 Dahill Road
Brooklyn, New York 11218

ROBERT JUSKOVICH
Third-party Defendant *pro se*
1839 50th Street
Brooklyn, New York 11204

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

On August 28, 2008, the Court conferred by telephone with counsel for Plaintiff and Defendants/Third-Party Plaintiffs.  Third-Party Defendants Michael Silberberg and Robert Juskovich did not participate in the conference call[1] and have not responded to the third-party complaint that was served upon them on April 8, 2008.  **ACCORDINGLY**, it is hereby

**ORDERED**, that the time for Third-Party Defendants Silberberg and Juskovich to respond to the third-party complaint is extended through September 22, 2008 ; and it is further

**ORDERED**, that if Silberberg and/or Juskovich fail to serve and file a response by September 22, 2008, the Clerk of the Court is directed to enter their default.

Dated: August 28, 2008
Syracuse, New York

_George H. Lowe_
George H. Lowe
United States Magistrate Judge

---

[1] Mr. Juskovich called chambers at 11:45 a.m. and apologized for missing the conference call.